EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2016 TSPR 205 |
| Medidas Judiciales ante la pérdida del servicio eléctrico | 196 DPR ____ |

Número del Caso: EM-2016-4

Fecha: 22 de septiembre de 2016

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Medidas Judiciales ante la
pérdida del servicio eléctrico         EM-2016-04

RESOLUCIÓN

En San Juan, Puerto Rico, a 22 de septiembre de 2016.

El 21 de septiembre de 2016, ocurrió un colapso del sistema eléctrico en todo Puerto Rico. Al día de hoy, todavía no se ha restablecido en su totalidad el servicio de energía eléctrica.

En aras de evitar que por situaciones imprevistas las partes se vean imposibilitadas de presentar sus recursos, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos a los procedimientos y trámites judiciales de los casos y asuntos a celebrarse en todas las Regiones Judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, por lo que se considerará el 21, 22 y 23 de septiembre de 2016 como si fueran días feriados. Cualquier término a vencer en esos tres días se extenderá hasta el lunes, 26 de septiembre de 2016.

Se ordena la difusión inmediata de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Juan Ernesto Dávila Rivera
                           Secretario del Tribunal Supremo